# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MICHAEL MATHEW ROE,

        Plaintiff,

    v.

DAVE DAVEY, et al.,

        Defendants.

Case No. 1:17-cv-01221-BAM (PC)

ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS

**FORTY-FIVE (45) DAY DEADLINE**

Plaintiff Michael Mathew Roe ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __September 13, 2017__         __/s/ Barbara A. McAuliffe__
                                 UNITED STATES MAGISTRATE JUDGE