# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MATHEW ROE,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVEY, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01221-DAD-BAM (PC)<br><br>ORDER THAT INMATE MICHAEL MATHEW ROE IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Michael Mathew Roe is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on March 19, 2019. Inmate Michael Mathew Roe, CDCR #K-41522, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **March 19, 2019**

UNITED STATES MAGISTRATE JUDGE