# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MATHEW ROE,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVE DAVEY, et al.,<br><br>        Defendants. | Case No. 1:17-cv-01221-DAD-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES; AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>**FIFTEEN (15) DAY DEADLINE** |

Plaintiff Michael Mathew Roe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2019, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement, with terms stated on the record.

Accordingly, it is HEREBY ORDERED that:

1. All pending motions, deadlines, and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **fifteen (15) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 19, 2019**                        /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE